KENNETH A. FEINSWOG
Bar No. 129562
6100 Center Drive, Suite 630
Los Angeles, California 90045
(310) 846-5800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

-----------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                Plaintiff,

-against-

VARIOUS JOHN DOES, JANE DOES and
ABC COMPANIES,

                Defendants.

-----------------------------------------------------------X

CIVIL ACTION NO.
08-CV-02500 (ABC)(CTx)

[~~PROPOSED~~]
**PRELIMINARY**
**INJUNCTION**

    Plaintiff has moved by Order to Show Cause, with Temporary Restraining Order and Order of Seizure, for a Preliminary Injunction enjoining and restraining the defendants from manufacturing, selling and distributing merchandise bearing the name, trade name, logos, likeness and trademark of the musical performer known as Kanye West and/or replicas of artwork embodied on jackets containing

1

the recordings of Kanye West and ordering the seizure and impounding of such articles; and service of the Order to Show Cause, Summons and Complaint having been effected upon such persons and duly authorized persons having seized and impounded said merchandise; and a hearing having been held on the 28th day of April, 2008 and Kenneth A. Feinswog appearing on behalf of plaintiff, and there being no appearances in opposition; and there being additional unidentified defendants who continue and are about to distribute or sell such merchandise who have not yet been served with process, who will unless restrained by this court, irreparably harm plaintiff through illegal sales of said merchandise.

IT IS HEREBY ORDERED THAT, defendants, their agents, servants, employees, successors and assigns, and all persons, firms and corporations acting in concert with said defendants are preliminary enjoined and restrained from:

(a)   using the Kanye West name, trademark, likeness or logos or any colorable imitations thereof and/or replicas of artwork embodied on jackets containing the recordings of Kanye West on or in connection with the sale, offering for sale, distribution or advertising of any clothing, jewelry, photographs, posters and other merchandise;

(b)   manufacturing, distributing, selling or holding for sale any clothing, jewelry, photographs, posters and other merchandise bearing or otherwise using the Kanye West name, trade name, logos, trademark or likeness and/or replicas of artwork embodied on jackets containing the recordings of Kanye West ; and

1       (c) aiding, abetting, encouraging or inducing others to do any of the acts
2   herein enjoined.

3

4       IT IS FURTHER ORDERED THAT the U.S. Marshal(s), or state, county or
5   local law enforcement authorities for any district in which plaintiff enforce this
6   order and/or persons acting under their supervision are hereby authorized and
7   directed to seize and impound, wherever found, any and all merchandise and
8   advertising material bearing the Kanye West name, trademark, logos and/or
9   likeness and/or replicas of artwork embodied on jackets containing recordings of
10  Kanye West including the containers and vessels in which same is held or
11  transported, which the defendants, their agents, servants, employees, successors
12  and assigns, and all persons, firms and corporations acting in concert with said
13  defendants, may hereafter distribute, sell or hold for sale, within one mile of the
14  exterior borders of and including the area comprising each venue at which Kanye
15  West concerts are performed throughout the United States.
16

17

18      IT IS FURTHER ORDERED THAT a copy of this Order and the Summons
19  and Complaint in this action shall be served upon such person(s) at the time such
20  seizure is effected.

21

22      IT IS FURTHER ORDERED THAT the $5,000.00 bond that was posted by
23  plaintiff with respect to the Temporary Restraining Order is hereby continued to
24  secure payment of such costs and damages not to exceed such sum as may be
25  suffered or sustained by any party who is found to be wrongfully restrained
26  hereunder.
27
28

IT IS FURTHER ORDERED THAT the process server shall offer a receipt to each person from whom merchandise is seized and that plaintiff and/or their representatives shall be deemed substitute custodians for all merchandise seized.

IT IS FURTHER ORDERED THAT each and every defendant served with a copy of this Order shall promptly, courteously and peaceably identify himself or herself to the aforementioned process server by presenting written proof of identification to said process server and said process server or agents for plaintiff shall be allowed to photograph, video tape or otherwise identify the defendant.

IT IS FURTHER ORDERED THAT any "John Doe" defendant who is hereafter served with a copy of this Preliminary Injunction and who objects to the provisions hereof may submit his or her objection to this Court by Answer to the Complaint or Motion for other relief, but no such objection shall serve to stay this Order unless otherwise ordered by this Court.

Dated: April 28, 2008
Los Angeles

_____
HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Kenneth A. Feinswog
Attorney for Plaintiff